1  TRINETTE G. KENT (State Bar No. 222020)
2  3219 E Camelback Road, #588
   Phoenix, AZ 85018
3  Telephone: (480) 247-9644
4  Facsimile: (480) 717-4781
   E-mail: tkent@lemberglaw.com
5

6  Of Counsel to
   Lemberg Law, LLC
7  43 Danbury Road, 3rd Floor
   Wilton, CT 06897
8  Telephone: (203) 653-2250
9  Facsimile: (203) 653-3424

10
   Attorneys for Plaintiff,
11 Crystal Gonzalez

12              UNITED STATES DISTRICT COURT
13              CENTRAL DISTRICT OF CALIFORNIA
14                    EASTERN DIVSION
15

16

17 | Crystal Gonzalez,           | Case No.: 5:18-cv-02659-DSF-KK
18 |                             | **STIPULATION OF DISMISSAL**
19 |         Plaintiff,          |
   |    vs.                      |
20 | American Coradius International, LLC, |
21 |                             |
22 |         Defendant.          |
23

24
25
26
27
28

# STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed in its entirety without prejudice and with each side to bear its own attorneys' fees and costs.

| Plaintiff | Defendant |
|---|---|
| __/s/ Trinette G. Kent | __/s/ Debbie P. Kirkpatrick |
| TRINETTE G. KENT<br>Attorney for Plaintiff | DEBBIE P. KIRKPATRICK<br>Attorney for Defendant |