# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVSION

| | |
|---|---|
| Crystal Gonzalez,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>American Coradius International, LLC,<br><br>　　　　Defendant. | Case No.: 5:18-cv-02659-DSF-KK<br><br>**ORDER** |

　　Based on the Stipulation of counsel, the case is dismissed without prejudice, each party to bear its own attorney fees and costs.

　　IT IS SO ORDERED.

DATED: April 16, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE